PEOPLE, PLAINTIFF AND APPELLEE, *v.* FIGUEROA, DEFENDANT AND APPELLANT.

Appeal from the District Court of Guayama in a Prosecution for Murder.

No. 2245.—Decided July 29, 1924.

STATEMENT OF CASE—EXTENSION OF TIME—DILIGENCE.—On the theory that in criminal cases the trial court has discretion to receive a statement of the case filed after the time set, the Supreme Court, considering that this case involves a life sentence and that the appellant filed the motion for an extension only one day too late, granted the appellant an extension of time for filing a statement of the case.

The facts are stated in the opinion.

*Mr. B. Pagán* for the appellant.

*Mr. José E. Figueras, Fiscal,* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

In the District Court of Guayama the appellant, convicted of murder in the first degree and sentenced to life imprisonment, after one or two extensions of time asked for further extension to file a statement of the case. The court refused the extension because the motion therefor reached the secretary's office too late. In point of fact the motion only arrived a day too late, but the court thought it had no discretion in accordance with the jurisprudence of this court. Whatever may have been the law or the

practice in civil appeals, we have interpreted the law in a rather different sense in criminal appeals. *Rivera v. Sepúlveda*, 25 P.R.R., 184. This case shows clearly that the trial court in a criminal case has a discretion to receive a statement of the case filed after time set, if the appellant shows diligence, and similarly the court has a discretion to extend the time for such filing.

The appellant was only a day late and the motion for an extension reached Guayama by mail on the very day that the time expired, but did not reach the secretary's office. While we should be better satisfied if the appellant had shown that the statement of the case was ready for filing and made perhaps some affidavit of a meritorious appeal, yet in a case which involves a life sentence we are disposed to be liberal. Hence an order will issue whereby the District Court of Guayama is authorized to accept, consider and settle a statement of the case and remit it to this court as part of the record, provided that such statement of the case is filed in said district court on or before the fifteenth day of August, 1924.

*Remanded.*

Chief Justice Del Toro and Justices Aldrey, Hutchison and Franco Soto concurred.